[*57]　*THOMAS VERMILYEA agt. THEOPHILUS BEATTY and
wife, executrix, &c.

A plea of *ne unques executor* will be allowed, after the plea of the general issue has
been pleaded by a defendant executor, where it appears that the testator has
not and never had any assets within this state.

*February Term*, 1846.

MOTION by defendants for leave to amend their plea filed,
by adding to the plea of the general issue, the plea of *ne unques
executor*.

It appeared from defendant's papers, that Ellen Adair Beatty,
the wife of the defendant, Theophilus Beatty, was formerly the
wife of Joseph M. White, deceased, of the state of Florida.
White, by his last will and testament, appointed Ellen Adair
Beatty his sole executrix; she had the will duly proved in
Florida, and letters testamentary were granted to her by the
court in Florida; but the will was never proved and no letters
testamentary were ever issued in the state of New-York to the
executrix. The defendants resided in Florida, and there were
not and never had been any assets within the state of New-
York belonging to White. Reasons were assigned by the de-
fendants, why they had not until about 26th of September last
communicated to their counsel at New-York these facts; the
plea of the general issue was filed on the 9th of September
last. This motion was made at last December special term,
and denied without prejudice, not on the merits.

In opposition to the motion, it appeared from the affidavit
of the plaintiff, that he had been informed, and believed that
the executrix had not filed any inventory or accounts of
White's estate or of her proceedings as executrix, nor paid
any of the testator's debts, but, soon after she obtained letters
testamentary in Florida, she raised $6,000 on White's property
and effects, and transmitted the amount to a mercantile firm in
the city of New-York, and that she afterwards came to the city
of New-York and received that amount of money, and subse-
quently expended it for her own use; and that he was further

informed and believed, that the executrix or her husband Beatty, on her behalf and by her authority, had received in the city of New-York other moneys to an amount exceeding the sum of $4,000, being the proceeds of property of White.

G. R. J. BOWDOIN, *defendants' counsel.*

G. M. OGDEN, *defendants' attorney.*

A. TABER, *plaintiff's counsel.*

A. S. GARR, *plaintiff's attorney.*

BRONSON, Chief Justice. The oath, that there are not and never have been any assets within this state, is answered by nothing but *information and belief,* what will be the effect of the new plea, we are not now called upon to consider ; I think it right that the defendants should be allowed to amend in the way proposed. Motion granted on payment of $7 costs of opposing.